IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Case No. 3:04-CR-30010-NJR |
| **MICHAEL R. PEYLA,** | |
| Defendant. | |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is currently before the Court on the motion for early termination of supervised release filed by Defendant Michael R. Peyla (Doc. 531). Mr. Peyla seeks the early termination of a five-year period of supervised release after serving nearly four years of the term (*Id.*). The United States Probation Office and the Government do not oppose the request for early termination (*Id.*).

18 U.S.C. § 3583(e)(1) provides that "the court may, after considering the factors set forth in section 3553(a) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Here, Mr. Peyla has served approximately four years of his supervised release term and has not violated any conditions of his supervision. After considering the motion

and the § 3553(a) factors, the Court finds that early termination of Mr. Peyla's supervised release is warranted by his conduct and in the interest of justice. Accordingly, the motion for early termination of supervised release filed by Defendant Michael R. Peyla (Doc. 531) is **GRANTED**. The previously imposed term of supervised release is **TERMINATED** as of the date of this Order.

**IT IS SO ORDERED.**

DATED: August 29, 2019

NANCY J. ROSENSTENGEL
**Chief U.S. District Judge**